I<small>N</small> **THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 06-cv-2285-AP**

**ARTURO ALTAMIRANO,**

    **Plaintiff,**

    **v.**

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

                                                For Plaintiff:
                                                Chris R. Noel, Esq.
                                                3000 Pearl Street, Suite 105
                                                Boulder, Colorado 80301-2431
                                                Telephone:  (303) 449-6503
                                                Fax:  (720) 214-1836
                                                E mail: chrisnoel@noelaw.com

                                                For Defendant:
                                                Bonnie E. Sims
                                                Special Assistant United States Attorney

                                                *Mailing Address:*
                                                1961 Stout Street, Suite 1001A
                                                Denver, Colorado  80294
                                                Telephone: (303) 844-0812
                                                Fax: (303) 844-0770
                                                E mail: bonnie.sims@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:**  November 14, 2006

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:**  November 15, 2006

    **C.**    **Date Answer and Administrative Record Were Filed:**  January 16, 2007

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although counsel has reviewed the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's Opening Brief is filed.

**Defendant states:** There are no issues with the accuracy or completeness of the administrative record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:**    see Plaintiff's statement in Paragraph 4, above.

**Defendant states:**    None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:**    see Plaintiff's statement in Paragraph 4, above.

**Defendant states:** This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:     April 5, 2007**

    B.    **Defendant's  Response Brief Due:   May 7, 2007**

    C.    **Plaintiff's  Reply Brief Due:   May 23, 2007**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument is requested only to clarify any outstanding issues, and at the Court's behest.

    B.    **Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( x ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    (  ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

    DATED this  28th    day of  February , 2007.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | UNITED STATES ATTORNEY |
|---|---|
| s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone:  (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff Arturo Altamirano | s/Bonnie E. Sims<br>  By: Bonnie E. Sims<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone:  (303) 844-0812<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone:  (303) 454-0100<br>Attorney for Defendant(s) |