IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02285-RPM

ARTURO ALTAMIRANO,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____

ORDER AWARDING ATTORNEY'S FEES UNDER EAJA
_____

Pursuant to the Joint Motion for Order to Approve Stipulation of Award of Attorney Fees under the Equal Access to Justice Act [26] filed on February 5, 2008, it is

ORDERED that pursuant to 28 U.S.C. § 2412 the plaintiff is awarded a fee for his attorney Chris R. Noel in the amount of $5,500.00, made payable to Chris R. Noel, Attorney at Law," and mailed to plaintiff's counsel.

DATED: February 7, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge